M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2024 MAY 13 P 12: 36

James Arlandis Faulk
Full name and prison name of
Plaintiff(s)

v.

Russell County
Alabama District Court
Hon. Walt Gray
Hon Richard Chancey
Attorney David Jones

Name of person(s) who violated your constitutional rights. (List the names of all the person.)

CIVIL ACTION NO. ____________
(To be supplied by Clerk of U.S. District Court)
3:24-cv-00281-ECM-SMD

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☒

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☐ NO ☒

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff (s) ____________

____________

Defendant(s) ____________

____________

2. Court (if federal court, name the district; if state court, name the county)

____________

____________

3. Docket number DC-2023-974.00

4. Name of judge to whom case was assigned Hon. Judge Walt Gray

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?) Still Pending

6. Approximate date of filing lawsuit

7. Approximate date of disposition Still Pending

II. PLACE OF PRESENT CONFINEMENT Russell County Jail, Phenix City AL.

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Russell County District Court

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Hon. Richard L. Chancey | D.A. 26th Judicial Circuit |
| 2. | Hon. Walt Gray | Judge 26th Judicial Circuit |
| 3. | Attorney David Jones | P.O. Box 1607 Phenix City AL. |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 3-13-2024

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: The District Court of Russell County Violated my Due Process

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

In Aug. of 2023 I requested a Preliminary Hearing for a Contraband Charge the Pre-lim was Granted but the Court system never allowed me to have it, insted they unconstitutionally indicted and arraigned me

GROUND TWO: Inaffective Counsel (on my Attorney David Jones)

SUPPORTING FACTS: After I was unconstitutionally indicted I informed my attorney that, I never had my Preliminary Hearing, And he said "since I've been indicted I no longer have the rights to a Pre-lim" even though my Pre-lim was granted 3mnts Prior to the indictment

GROUND THREE: Inaffective Counsel

SUPPORTING FACTS: I have exculpatory video footage from inside the jail that shows another inmate possess the contraband and threw it on the ground then the officers charge me with it. I didn't posess or have any knowledge of any wrong doing my attorney knows this and still allowed the Grand Jury & D.A. to pass down an indictment Without giving me my preliminary hearing so I can prove my innocense/ And now these charges are the only thing stoping me from going home to my family

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would graciously ask the court to assist me in a civil lawsuit for the violation of my 14th amendment and also for the inaffective Counsel of my attorney because he doesn't have my best intiest at heart.

James A. Faulk

Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5-3-24.
(Date)

James A. Faulk

Signature of plaintiff(s)

James A. Faulk
P.O. Box 640
Phenix City AL. 36869

MONTGOMERY AL 360
10 MAY 2024 PM 3 L




Trey Granger
1 Church St, RM B-110
Montgomery AL. 36104

36104-401801