IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JAMES ARLANDIS FAULK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 3:24-cv-281-ECM ) |
| RUSSELL COUNTY, *et al.*, | ) ) ) |
| Defendants. | ) |

**MEMORANDUM OPINION and ORDER**

On July 23, 2024, the Magistrate Judge entered a Recommendation (doc. 5) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge (doc. 5) is ADOPTED, and this case is DISMISSED without prejudice for the Plaintiff's failure to comply with the Orders of the Court. It is further

ORDERED that all pending motions are DENIED as moot.

A separate Final Judgment will be entered.

DONE this 15th day of October, 2024.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE